UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONY DELON HOLDEN                      CIVIL ACTION

VERSUS

DUSTIN BECKHAM                       NO. 24-00157-BAJ-EWD

## RULING AND ORDER

Plaintiff, an individual confined at the Dixon Correctional Institute who is representing himself without assistance of counsel, filed this proceeding pursuant to 42 U.S.C. § 1983 complaining that his constitutional rights were violated by a false disciplinary report. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 4, the "Report")**, recommending that Plaintiff's federal constitutional claims be dismissed, with prejudice, for failure to state a claim upon which relief may be granted, and further recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal constitutional claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and

1915A for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 28th day of January, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**